Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−17713−KCF
                        Chapter: 7
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alvaro Ramirez−Flores | Jennifer Aquino−Orellana |
| 130 Princeton Arms South | 130 Princeton Arms South |
| Cranbury, NJ 08512 | Cranbury, NJ 08512 |

Social Security No.:
  xxx−xx−1970                                   xxx−xx−0788

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 23, 2019</u>                   <u>Kathryn C. Ferguson</u>
                                              Judge, United States Bankruptcy Court